UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JASDRUAL PEREZ, a/k/a "Josh," )<br>    Defendant. )<br>)<br>)<br>ARVEST BANK, )<br>    Petitioner. )<br>) | Criminal No. 22-10059-LTS |

**FINAL ORDER OF FORFEITURE**
**(21 IMERA AVENUE, PROVIDENCE, RHODE ISLAND)**

**SOROKIN, D.J.**

WHEREAS, on December 16, 2024, in connection with the charges against Jasdrual Perez, a/k/a "Josh" (the "Defendant"), this Court issued a Preliminary Order of Forfeiture against the following property, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

(a)    The real property located at 21 Imera Avenue, Providence, Rhode Island, more particularly described as a parcel of land, with the buildings and improvements thereon, located on the easterly side of Imera Avenue in the City of Providence, County of Providence, State of Rhode Island, more particularly described in the Warranty Deed recorded on February 17, 2015, at the City of Providence Recorder of Deeds Office, at Document No. 00111248, and Book 11054, Pages 100-101 (the "Imera Avenue Property");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on December 19, 2024, and ending on January 17, 2025;

WHEREAS, the individuals/entities sent personal notice, via certified mail, included:

a.  Jasdrual Perez, USM #86015-509, Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863;

b.  Judith Perez, c/o John F. Cicilline, Esquire, Cicilline Law Office, 387 Atwells Avenue, Providence, RI 02909;

c.  Arvest Central Mortgage Company, 801 John Barrow Road, Suite 1, Little Rock, AR 72205; and

d.  Julie A. Ranieri, Managing Partner, Korde & Associates, P.C., 900 Chelmsford Street, Suite 3102, Lowell, MA 01851;

WHEREAS, petitioner Arvest Bank (the "Petitioner"), through its attorney, Julie A. Ranieri, Esquire, contacted the United States and asserted its interest in the Imera Avenue Property, pursuant to 21 U.S.C. § 853(n)(2) and (3), as the result of as a result of the recorded Assignment of Mortgage on the Imera Avenue Property (Docket No. 304-3), with a Principal balance due as of December 5, 2025 in the amount of approximately $67, 476.33;

WHEREAS, the United States and the Petitioner (the "Parties") now desire to reach a full and final settlement of this matter as to the Imera Avenue Property;

WHEREAS, pursuant to the terms of the Settlement Agreement, attached here to as Exhibit A and incorporated herein, the Parties agree that upon the sale of the Imera Avenue Property by the United States, and pursuant to the Final Order of Forfeiture, the United States shall pay to the Petitioner, via its attorney or as otherwise directed by the Petitioner, from the net proceeds of the sale, after payment of the reasonable expenses incurred by the United States in connection with its custody and sale of the Imera Avenue Property, after payment of any taxes owed as a result of such custody or sale, after payment of any outstanding expenses necessary to sell the Imera Avenue Property, and less any debt that the Petitioner owes to the United States, or

any agency of the United States, or any debt that the United States is authorized to collect from the Petitioner, the following:

    a.    total unpaid principal currently due and owing under the Promissory Note and Mortgage pursuant to an updated payoff statement to be provided by Petitioner;

    b.    accrued interest at the base contractual rate (not the default rate), to the date of payment to the Petitioner; and

    c.    any escrow advances and/or other fees and costs properly chargeable to the Promissory Note and Mortgage pursuant to an updated payoff statement from Petitioner;

and

WHEREAS, no other claims of interest in the Imera Avenue Property, with the exception of the claim by Judith Perez, which has been adjudicated and ruled upon by the Court (*see* Docket No. 362), have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all rights, title or interests in the Imera Avenue Property, and it is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853 and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any rights, title or interests in the Imera Avenue Property are hereby held in default.

4. The United States is hereby authorized to dispose of the Imera Avenue Property in accordance with applicable law and in accordance with the Settlement Agreement.

5.   This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

          /s/ Leo T. Sorokin
**LEO T. SOROKIN**
United States Chief District Judge

Dated: 1/8/2026